

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00128-CR

Joshua **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7686
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing En Banc is GRANTED. Time is extended until March 5, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

_____
Keith E. Hottle
Clerk of Court